APRIL 22, 1991

No. 88–7301.   GORMAN v. MARYLAND.   Ct. App. Md.   Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Powers v. Ohio, ante, p. 400.

No. 89–6271.   BUI v. ALABAMA.   Sup. Ct. Ala.   Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Powers v. Ohio, ante, p. 400.